Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| JOSE OMAR SOLORZANO ) | CASE NO.: 19-bk-14592-SHG |
| YARA PATRICIA SOLORZANO ) | |
| ) | |
| ) | |
| ) | |
| DEBTORS ) | |

**NOTICE OF INTENT TO DISMISS CASE FOR
FAILURE TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

**NOTICE IS HEREBY GIVEN**, that an Order Dismissing Case for Failure to Confirm will be filed with the court without further notice, fifteen (15) days (10 days to object, plus 5 days to allow for mailing and docket transmission) from the date of this notice unless one of the following occurs:

1) A properly noticed, proposed, Stipulated Order Confirming Chapter 13 Plan has been received by the Trustee;

2) A properly noticed motion to extend time to file a Stipulated Order Confirming Chapter 13 Plan has been docketed by the Bankruptcy Court or;

3) A properly noticed motion or notice of conversion to another chapter has been filed with the court.

Dated: 08/27/2020

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

CASE NO.: 19-bk-14592-SHG

A copy of the foregoing was filed with the
court and a copy was transmitted via
electronic or first class
mail this August 27, 2020 to:

| | |
|---|---|
| JOSE OMAR SOLORZANO<br>YARA PATRICIA SOLORZANO<br>13075 N. TOUCAN DRIVE<br>TUCSON, AZ  85755 | MATTHEW THOMAS FOLEY<br>matt@tuclaw.com<br>LAW OFFICES OF MATTHEW FOLEY PLC<br>4400 E BROADWAY #811<br>TUCSON, AZ  85711 |

CASE NO.: 19-bk-14592-SHG

# Exhibit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE: ) CHAPTER 13 PROCEEDINGS
)
JOSE OMAR SOLORZANO ) CASE NO.: 19-bk-14592-SHG
YARA PATRICIA SOLORZANO )
)
)
DEBTORS )

**ORDER DISMISSING CASE FOR FAILURE
TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

The Trustee having notified the Bankruptcy Court, Debtors' Attorney and the Debtors of her intent to dismiss the above-captioned case, the Court finds cause for dismissing the case pursuant to 11 U.S.C. Section 1307(c)(1) as the Debtors have failed to provide the Trustee with:

**A Stipulated Order Confirming the Chapter 13 Plan.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Bankruptcy Noticing Center will give notice of the dismissal to all creditors,

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve the reinstatement of the case, the matter may be set for hearing upon the Debtors' motion. The Court may set a hearing on the Debtors' motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. 586 (e)(2), the Trustee shall be paid her percentage fee from all payments received from the Debtors;

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtors' funds pending

CASE NO.: 19-bk-14592-SHG

Court approval of the payment of administrative expenses to the Debtors' attorney. If the Debtors' Chapter 13 Plan contains an Application for the Payment of Administrative Expenses to the Debtors' attorney and no party filed an objection to the Application, then the Debtors' attorney may lodge an Order approving the Application within ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court has entered a payroll deduction order of the Debtors' wages, then such order is vacated.

---

SIGNED AND DATED ABOVE

---